IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

EBONY BROWN, *Pro Se*,          )
                                )
          Plaintiff,            )
                                )     Civil Action No.: 3:19-CV-223
v.                              )
                                )
UNITED STATES POSTAL SERVICE,   )
                                )
          Defendant.            )
                                )

## <u>NOTICE OF REMOVAL OF A CIVIL ACTION</u>

The United States of America, by and through J. Douglas Overbey, United States Attorney

for the Eastern District of Tennessee, pursuant to 28 U.S.C. § 1442(a)(1) and 28 U.S.C. § 1446,

hereby files this Notice of Removal of a Civil Action from the Fifth Sessions Court for Knox

County, Tennessee, where said action is now pending, to the United States District Court for the

Eastern District of Tennessee at Knoxville.  In support of this Notice of Removal, the United States

declares as follows:

1.      The United States Postal Service has been named as a defendant in Civil Action Number

10673K, filed in the Fifth Sessions Court for Knox County, Tennessee on May 1, 2019.

2.      Service of process was attempted on May 30, 2019, as indicated on the face of the Civil

Summons.  A copy of the Summons is attached hereto as Exhibit 1.

3.      Plaintiff has not properly served process upon the United States Postal Service, the

Attorney General, or the United States Attorney for the Eastern District of Tennessee, in

accordance with either the Tennessee Rules of Civil Procedure or the Federal Rules of Civil Procedure.

4.     This case may be removed to Federal Court pursuant to 28 U.S.C. § 1442(a)(1) and 28 U.S.C. § 1446.

WHEREFORE, this action now pending in the Sessions Court for Knox County, Tennessee, is properly removed to the United States District Court for the Eastern District of Tennessee at Knoxville.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By:     *s/ Loretta S. Harber*
LORETTA S. HARBER (BPR #007221)
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
Loretta.Harber@usdoj.gov
Telephone: (865) 545-4167

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2019, a copy of the foregoing **Notice of Removal of a Civil Action** was electronically filed.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  In this case, Plaintiff proceeds *pro se*, and she will be served via regular U.S. mail at the following address:

Ebony Brown
1833 Laurans Avenue
Knoxville, TN 37915

*s/ Loretta S. Harber*
Loretta S. Harber
Assistant United States Attorney

2