UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

EBONY BROWN,                          )
                                      )
              Plaintiff,              )          3:19-CV-00223-DCLC
                                      )
       vs.                            )
                                      )
UNITED STATES POSTAL SERVICE,         )
                                      )
              Defendant.              )

**ORDER**

On November 14, 2019, the Court ordered Plaintiff to show cause by December 13, 2019

why her case should not be dismissed for failure to prosecute as she has failed to properly effect

service within the time allowed by Federal Rule of Civil Procedure 4(m) [Doc. 12]. Plaintiff was

put on notice that if she did not obtain service, then the Court must dismiss the action pursuant to

Fed.R.Civ.P. 4(m). The Clerk's office mailed a copy of that order to Plaintiff at her address on file.

As of the filing of this order, Plaintiff has not returned the summons as executed, nor has

she shown good cause why she has not perfected service. Therefore, as Plaintiff has still not

obtained service according to Fed.R.Civ.P. 4(m) and has not shown cause why she has failed to

do so, the case is **DISMISSED without prejudice**.

SO ORDERED:


                                      s/ Clifton L. Corker
                                      United States District Judge